IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES BERNARD JONES, JR., )
)
Petitioner, )
)
v. ) CASE NO. CV413-142
) CR409-416
UNITED STATES OF AMERICA, )
)
Respondent. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 11). Petitioner previously filed a Motion for Extension of Time to File Objections. (Doc. 10.) Because the Court has received and considered Petitioner's objections, this motion is now **DISMISSED AS MOOT**.

After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA