IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. CR4:09-416 |
| | ) | |
| JAMES BERNARD JONES, JR. | ) | |
| a/k/a Eric Bernard Lloyd, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is Defendant's Motion to Modify or Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 102.) In his motion, Defendant seeks a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. (Id.) The United States has responded in opposition to Defendant's motion. (Doc. 103.)

This is not the first time this Court has decided if Defendant is entitled to a sentencing reduction in light of Amendment 782. On June 8, 2015, this Court sua sponte considered whether Defendant was entitled to a sentencing reduction and found that Defendant was ineligible for any reduction. (Doc. 89; Doc. 90.) Subsequently, Defendant filed a Motion to Reduce Sentence. (Doc. 91.) Construing this motion as a motion for reconsideration, the Court again denied Defendant's eligibility for a sentencing reduction. (Doc. 92.) In that order, the Court found that

Defendant was ineligible for a sentencing reduction due to Defendant's status as a career offender. (Id.) The Court's decision was later affirmed by the Eleventh Circuit Court of Appeals. (Doc. 98.)

Now, Defendant has filed yet another request for a sentence reduction in light of Amendment 782. (Doc. 102.) However, the Court sees no reason to disturb its earlier ruling. Defendant is not entitled to a sentence reduction because he was sentenced as a career offender under guidelines section 4B1.1. Amendment 782 lowered the "base offense levels in § 2D1.1, but did nothing to the career-offender base offense levels in § 4B1.1." United States v. Hardiman, 646 Fed. App'x 852, 855 (11th Cir. 2016). Accordingly, Defendant's motion (Doc. 102) is **DENIED**.

SO ORDERED this 2ND day of October 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA