FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 14  AM 10: 55

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES BERNARD JONES, JR., )
)
Petitioner, )
)
v. )
) CASE NOS. CV418-045
) CR409-416
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## O R D E R

Before the Court is Petitioner James Bernard Jones, Jr.'s Motion for Reconsideration. (Doc. 13.) In the motion, Petitioner seeks reconsideration of this Court's order (Doc. 9) adopting the Magistrate Judge's Report and Recommendation (Doc. 7), and dismissing his 28 U.S.C. § 2255 petition. After carefully reviewing Petitioner's motion and the record in this case, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 14th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA