IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR409-416 |
| ) | |
| JAMES BERNARD JONES, JR., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant James Bernard Jones' Motion for Early Termination of supervised release. (Doc. 140.) The Government, after consultation with the United States Probation Office, has opposed Defendant's motion due to the short duration that Defendant has been under supervision. (Doc. 141 at 1-2.)

In February 2010, Defendant pleaded guilty to distribution of a quantity of cocaine base in violation of 21 U.S.C. § 841(a)(1). (Doc. 36) and was sentenced to 160 months' imprisonment followed by a five-year term of supervised release (Doc. 41 at 2-3). Defendant commenced his term of supervised release on March 26, 2021, and has since complied with the terms of his supervised release. (Doc. 140 at 2; Doc. 141 at 1); See BOP Inmate Locator, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited on Apr. 17, 2023).

Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at

any point after the defendant has completed one year of supervised release, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" The Court commends Defendant on his efforts while under supervision. However, after careful consideration of the record in this case, Defendant's motion (Doc. 140) is **DENIED**. Defendant may move again for early termination of his supervised release after he has served half of his term.

SO ORDERED this 18th day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA