# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   4:09CR00416-1 |
| | ) |
| JAMES BERNARD JONES, JR. | ) |
| aka ERIC BERNARD LLOYD | ) |

## ORDER

On October 30, 2023, the defendant, James Bernard Jones, Jr., filed a motion requesting early termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of his motion, the defendant indicates he has completed half of his term of supervised release and complied with his conditions of supervision by maintaining employment and being a productive member of society.

The Court finds that on March 31, 2010, the defendant was sentenced to 160 months custody, followed by five years supervised release, for committing the offense of distribution of a quantity of cocaine base. The defendant commenced supervised release on March 26, 2021, and he has complied with the rules and regulations of supervised release since that time.

The Court commends the defendant for his compliance with the conditions of supervision through the first thirty-one (31) months of the supervised release term. While the defendant's compliance is noteworthy, the Court must carefully weigh favorable adjustment to supervision against the offense of conviction and other factors. Based on the nature of the instant offense and the extent of the defendant's criminal history, the Court finds that continued supervision of this defendant remains necessary at this time.

The motion is **DENIED**; however, if the defendant continues to comply with the terms of his supervised release without any further violations, the Court will terminate his supervised release after forty-five (45) months.

SO ORDERED this 27th day of November, 2023.

William T. Moore, Jr.
Judge, U.S. District Court