# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JAMES BERNARD JONES, JR., <br><br> Defendant. | CR 409-416 |

### ORDER

Before the Court is Defendant James Jones's motion for early termination of supervised release. Dkt. No. 148. The motion is not opposed by the Government or U.S. Probation. See Dkt. No. 149. For the reasons below, Defendant's motion is **GRANTED**.

### BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to Count 1 of the Second Superseding Indictment, that is, distribution of a quantity of cocaine base, in violation of 21 U.S.C. § 841(a)(1). Dkt. Nos. 40, 41. On March 31, 2010, the Court sentenced Defendant to 160 months' imprisonment, followed by five years of supervised release. Dkt. No. 41. The Court also imposed special conditions of supervision, as well as a $100 special assessment. Id.

On or about March 26, 2021, Defendant was released from Bureau of Prisons' custody and commenced his term of supervision.

Defendant has completed forty-five months of his sixty-month term of supervision and now moves the Court for early termination of same. Dkt. No. 148.

In his motion, Defendant argues that since he began his term of supervision, he has been in full compliance with all conditions thereof. Id. He states he has maintained stable employment, and all of his drug screens have yielded negative results. Notably, Defendant's motion is unopposed by the Government, as well as the U.S. Probation Office. Dkt. No. 149.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court concludes that, after serving three-fourths of his term of supervision, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervised release. Importantly, Defendant has shown that he has taken full responsibility for his actions and has changed his life for the better. Accordingly, Defendant's motion for early termination of

supervision, dkt. no. 148, is **GRANTED**. Defendant's term of supervised release is hereby terminated.

**SO ORDERED** this 27 day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA